IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHONE SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HICKS, et al.,<br><br>　　　　Defendants. | No. 2:20-CV-1196-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (ECF No. 1) to file a complaint and motion to proceed in forma pauperis.  Good cause appearing therefor, the request is granted.  Plaintiff shall file a complaint and motion to proceed in forma pauperis within 30 days of the date of this order. The Clerk of the Court is directed to submit to plaintiff the forms for a civil rights complaint and application to proceed in forma pauperis.

　　　　IT IS SO ORDERED.

Dated:  June 17, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1