DESHONE SMITH, #T-02841
Name and Prisoner/Booking Number

CSP - CORCORAN STATE PRISON
Place of Confinement

P.O. BOX 8800
Mailing Address

CORCORAN, CALIFORNIA 93212-8800
City, State, Zip Code

RECEIVED ON JUN 24, 2020

FILED
JUL 10 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

DESHONE SMITH
(Full Name of Plaintiff)
Plaintiff,

v.

(1) SERGEANT HICKS
(Full Name of Defendant)

(2) OFFICER B. CORRALEJO

(3) _____

(4) _____
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:20-CV-1196 DMC PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

NOTE: NO NAME FOR THE THIRD DEFENDANT'S D.S./CCI COUNSELOR ON FACILITY B-1 YARD, CLAIM I
PAGES 4, 5, 9.

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: HIGH DESERT STATE PRISON (H.D.S.P.)

## B. DEFENDANTS

1. Name of first Defendant: __HICKS__. The first Defendant is employed as: __FACILITY B, SERGEANT__ at __HIGH DESERT STATE PRISON__.
   (Position and Title)                                (Institution)

2. Name of second Defendant: __B. CORRMIEJO__. The second Defendant is employed as: __FACILITY B-1 HOUSING OFFICER__ at __HIGH DESERT STATE PRISON__.
   (Position and Title)                                (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __5__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __DESHONE SMITH__ v. __OFFICER SERGENT__
      2. Court and case number: __EASTERN DISTRICT COURT / No.#4 D.S., No. 2:15-cv-0979 GEB-P__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __This case was a settlement agreement.__

   b. Second prior lawsuit:
      1. Parties: __DESHONE SMITH__ v. __OFFICER BECERRA, ET AL.__
      2. Court and case number: __EASTERN DISTRICT COURT / NO. 1:08-cv-1601 BSA__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __This case was dismissed without prejudice for failure to exhaust.__

   c. Third prior lawsuit:
      1. Parties: __DESHONE SMITH__ v. __OFFICER TORRES, ET AL__
      2. Court and case number: __EASTERN DISTRICT COURT / NO. 2:08-cv-0506 LKK__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __This case was dismissed without prejudice for failure to exhaust.__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

SEE PAGE 3)

G. PREVIOUS LAWSUITS

D.
1. Parties: DESHONE SMITH V. K. DICKSON, et al.
2. Court and Case Number: EASTERN DISTRICT COURT. NO. 2:14-CV-3002 CKD-P
3. Result: Case was dismissed for failure to state a claim

E.
1. Parties: DESHONE SMITH V. OFFICER JENKENS, et al.
2. Court and Case Number: EASTERN DISTRICT COURT. NO. 2:15-CV-0344 WBS KJN-P
3. Result: Plaintiff motions for summary judgment was denied without prejudice.

F.
1. Parties: DESHONE SMITH V. OFFICER CSER
2. Court and Case Number: EASTERN DISTRICT COURT. NO. 2:07-CV-1330
3. Result: This case was dismissed for failure to state a claim

G.
1. Parties: DESHONE SMITH V. OFFICER PRESCOTT
2. Court and Case Number: EASTERN DISTRICT COURT. NO. 2:15-CV-1421-EFB-P
3. Result: This case was dismissed without prejudice.

H.
1. Parties: DESHONE SMITH V. DEPARTMENT OF CORRECTIONS
2. Court and Case Number: CENTRAL DISTRICT COURT. NO. 2:15-CV-7111
3. Result: Plaintiff dismissed the case but the courts dismissed it without prejudice

3.

SEE PAGE 4.

STATE OF CALIFORNIA  
**PRIMARY CARE PROVIDER PROGRESS NOTE**  
CDCR 7230-M (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION  
Page 1 of 1

DATE: 2/10/15   TIME: 1149   AGE: 40   UHR Present: ☐ Yes ☒ No   MAR Present: ☒ Yes ☐ No

| Temp: | Pulse: | BP: | RR: | Ht: | Wt: | BMI: |
|---|---|---|---|---|---|---|

Chief Complaint: X-ray evaluation   Allergies: ☐ NKA  SEE MAR   Signature/Title: [signed]

**SUBJECTIVE:**

Pt refused, he's seen in TTA on 2/13/15. X-ray results = (P)

| OBJECTIVE: | WNL* | ABN | *Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2009 are within normal limits. | | | WNL* | ABN | STUDY RESULTS ↓ |
|---|---|---|---|---|---|---|---|---|
| 1. General | ☐ | ☐ | | 7. | Musculoskeletal | ☐ | ☐ | |
| 2. HEENT/Neck | ☐ | ☐ | | 8. | Skin/Ext. | ☐ | ☐ | |
| 3. Cardio | ☐ | ☐ | | 9. | Neurological | ☐ | ☐ | |
| 4. Pulmonary | ☐ | ☐ | | 10. | Psychiatric | ☐ | ☐ | |
| 5. Abdomen | ☐ | ☐ | | 11. | Rectal/Prostate | ☐ | ☐ | |
| 6. Genito-Urinary | ☐ | ☐ | | 12. | Breast/Pelvic | ☐ | ☐ | |

**ASSESSMENT/PLAN:** For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W)

**PATIENT EDUCATION:** ☐ Patient able to verbalize understanding of A/P  ☐ Meds  ☐ Lab/Study Results  ☐ Diet  ☐ Exercise  ☐ Wt. Mgmt.  ☐ Smoking

Self Management Goal(s): _as sched + prn_  
Next Visit: _____ Days  
Primary Care Provider (Print Name/Title): JALAL SOLTANIAN, D.C.  
Primary Care Provider Signature: [signed]

1. Disability Code:
   ☐ TABE score ≤ 4.0
   ☐ DPH ☐ DPV ☐ LD
   ☐ DPS ☐ DNH
   ☐ DNS ☐ DDP
   ☐ Other*

2. Accommodation:
   ☐ Additional time
   ☐ Equipment ☐ SLI
   ☐ Louder ☐ Slower
   ☐ Basic ☐ Transcribe
   *See chrono/notes

3. Effective Communication:
   ☐ P/I asked questions
   ☐ P/I summed information
   Please check one:
   ☐ Not reached*  ☐ Reached

Comments: _____

CDC Number, Name (Last, First, MI), Date of Birth, Institution/Housing

SMITH, DESMOND

T02841

Confidential Saved 2015-11-18T19:38:16Z

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __Eighth Amendment deliberate indifference, putting plaintiff life in risk of serious harm__.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   __SEE Attached Page 5__

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   __SEE Attached Page 12__

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM I

1. Supporting Facts

On Thursday, January 31, 2019 at approximately 11:30 hours, plaintiff informed or stated to the Facility B-1 counselor that he have safety concerns on this facility and he feared for his own personal safety because two inmates was making verbal threats to fuck up the plaintiff and stab him and was calling him a fucking sex offender and told plaintiff to get off the yard. // The CCI counselor stated he don't care because plaintiff have what he have coming. Plaintiff stated if you don't report this or remove him off this yard he will fuck someone up. // CCI counselor stated to plaintiff get out of my fucking office you sex offender I'm going to place you in handcuffs for making threats to fuck someone up. // So the CCI counselor called officer Parsley to his office to escort plaintiff to the Program Office in handcuffs and place him in a holding cell for making threats to fuck someone up and his safety concerns. Officer Parsley stated to Sergeant Hicks that he also have safety concerns and his life is in serious harm. Sergeant Hicks stated that sex offender. Officer Parsley stated to Sergeant Hicks, don't do that to him. // So she stated to the plaintiff that he needs to get out of this yard before they put inmates on him because he is a sex offender. Plaintiff stated to her I'm trying. // Plaintiff was in a holding cell in the Program Office when she stated that to plaintiff. Officer Parsley.

// NOTE: However, this act was on purpose by evil intent by the defendants.

5.                                   SEE PAGE 6

## CLAIM II

1. State the constitutional or other federal civil right that was violated: **Eighth Amendment deliberate indifference putting plaintiff life in risk of serious harm**

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   *SEE Attached PAGE 7*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   *SEE Attached PAGE 12*

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

6

## CLAIM II

1. Supporting Facts:

On Thursday, January 31, 2019 at approximately 12:00 hours, Plaintiff seen Sergeant Hicks and told him that Plaintiff was having safety concerns on this facility and he feared for his own personal safety because two inmates was making verbal threats to fuck up the Plaintiff and to stab him and was calling him a fucking sex offender. So Sergeant Hicks stated to the Plaintiff in the Program office that he don't fucking care about his safety concerns and told a officer to remove the Plaintiff handcuffs off of him. Plaintiff stated to Sergeant Hicks a second time before he remove the handcuffs off of Plaintiff that his safety is at risk and Plaintiff needs his help to get off this yard. Sergeant Hicks stated that he don't help sex offender get off the yard. (So no he cannot do that.) Plaintiff stated why if his safety is at risk you need to report this to a Lieutenant L.T. Sergeant Hicks stated to that officer a second time to remove the handcuffs of this inmate and told Plaintiff to go back to his cell. The officer stated to Sergeant Hicks No because this inmate do have safety concerns and he don't need to get involved with this. (So someone else removed the handcuffs off of Plaintiff.) So Plaintiff asked Sergeant Hicks to speak with a Lieutenant a second time to report his safety concerns. Sergeant Hicks stated No (so get the fuck out of the Program office and go back to your cell. (Plaintiff was denied to speak with a (Lieutenant L.T.).

NOTE: Plaintiff criminal case was the act of this case.

7.                                    SEE PAGE 8

No: 2:20-cv-01196-DMC

## CLAIM III

1. State the constitutional or other federal civil right that was violated: <u>Eighth Amendment deliberate indifference putting plaintiff life in risk of serious harm</u>.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   <u>SEE Attached Page 9</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   <u>SEE Attached Page 12</u>

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

8

## CLAIM III

1.

Supporting Facts on VIDEO TAPE IN day Room.

On thursday, JANUARY 31, 2019 at approximately 014:00 hours, Plaintiff asked officer B. Corralejo to try to Attempted to call and get help from any Lieutenant or a Facility captain Because he have safety concerns and no one is helping him and inmates is making threats to fuck him up and to Stab him. officer B. Corralejo stated to Plaintiff He cannot at this time Because Serbeant Aicks is still here. Plaintiff stated to officer B. Corralejo a Second time that He have Safety concerns Because inmates are threating to Stab him and fuck him up and was very very clear on Plaintiff statements to officer B. Corralejo. officer B. Corralejo He stated No, No, No, cannot help you Because He told him He like his job and Serbeant Aicks is still here. So No, No, No.).

2. CLAIM II (PAGES 6, 7). After Walking out of the Program office Serbeant Aicks stated to Plaintiff Get out of the fucking Program office and go get Stabbed or Fucked up you Sex offender.

(which is what happened Later that day)

3. CLAIM I (PAGES 4, 5). Walking Back to the Counselor office at Approximately 12:25 hours, Plaintiff stated to the Counselor and asked him his name. He stated why and get the fuck out of his office you sex offender.. (He did his Job). THE COUNSELOR STATED

9. SEE PAGE 10).

| DATE | TIME | TTA PROGRESS NOTE |
|---|---|---|
| 11/12/14 | 1539 | *[handwritten clinical notes, largely illegible]* |
| Age: 39 | | |
| Vital Signs: | | |
| Temp: | 99° | |
| Pulse: | 72 | |
| Respiration: | 16 | |
| B/P: | 145/92 | |
| Weight: | 292 | |
| Height: | 5'10" | |
| SPO₂ | 100% RA | |

*[Handwritten progress notes, largely illegible cursive. Signed:]* Lisa Clark-Barlow, FNP-C, MCSP

| Institution | MCSP | Housing Unit | C13-113L | MCSP |
|---|---|---|---|---|

1. Disability Code:
   - ☐ TABE score ≤ 4.0
   - ☐ DPH  ☐ DPV  ☐ LD
   - ☐ DPS  ☐ ___
   - ☐ DNS  ☐ DDP

2. Accommodation:
   - ☒ Additional time
   - ☐ Equipment  ☐ SLI
   - ☒ Louder  ☒ Slower
   - ☒ Basic  ☐ Transcribe
   - ☐ Other*

3. Effective Communication:
   - ☒ P/I asked questions
   - ☒ P/I summed information
   - Please check one:
   - ☐ Not reached*  ☒ Reached
   - * See chrono/notes

4. Comments: (0.0) NDD/ NO DPP CODE

SMITH, DESHONE
T02841
10/31/1975

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

Confidential Saved 2015-11-18T19:38:16Z

CLAIM III

3. STATEMENTS OF FACTS.    (ON VIDEO TAPE ON THE YARD).

ON THURSDAY, JANUARY 31, 2019 AT APPROXIMATELY 1550 HOURS, PLAINTIFF WERE BATTERED BY INMATES, WILLIAMS CDCR # BD7897 AND VERNON CDCR # BD2198 ON FACILITY B YARD BUILDING ONE. PLAINTIFF WAS BEING PUNCHED ON NUMEROUS TIMES IN HIS FACE AND BACK AND RIBS, WELL CALLING PLAINTIFF A FUCKING SEX OFFENDER. PLAINTIFF RECEIVED MEDICAL TREATMENT ON THAT DAY JANUARY 31, 2019 AND WAS PROVIDED (4) FOUR STITCHES/SUTURE, ON HIS NOSE AND WAS HAVING PAIN IN HIS FACE. PLAINTIFF WAS PROVIDED PAIN MEDICATION FOR HIS FACE ONE TIME.    ON FEBRUARY 1, 2019 PLAINTIFF RECEIVED AN X-RAY TAKEN ON HIS FACE AND NOSE THE FOLLOWING DAY AND IT IS A FRACTURE/BROKEN NOSE. PLAINTIFF COMPLAINED ON NOSE AND FACE PAIN WITHOUT NO MEDICATION FOR HIS PAIN ON FEBRUARY 8, 2019 WHEN PLAINTIFF TRANSFERRED TO CORCORAN STATE PRISON. ON FEBRUARY 9, 2019 PLAINTIFF SEEN A(R-N) IN (CTC) THAT WAS IN (R-N-R) AND PLAINTIFF WAS STILL HAVING SERIOUS DISCOMFORT PAIN AND SWELLING IN HIS FACE AND NOSE, WAS ALSO PURPLE AND BLUE. PLAINTIFF WAS STILL ~~COMPLAINT~~ D.S. COMPLAINING OF SERIOUS PAIN IN HIS FACE AND NOSE IN CORCORAN STATE PRISON., WHEN PLAINTIFF ASKED A NURSE IN CTC MEDICAL ON FEBRUARY 8, 2019 THE DAY PLAINTIFF WAS TRANSFERRED ABOUT HIS PAIN MEDICATION FOR HIS FACE AND NOSE. THE NURSE STATED TO PLAINTIFF THEY BATTERED YOU BECAUSE YOU ARE A SEX OFFENDER. PLAINTIFF STATED HE DON'T NO. PLAINTIFF DOCTOR DID NOT PROVIDED PAIN MEDICATION.

9800220

| STATE OF CALIFORNIA<br>CDC 7362 (Rev. 03/04) | HEALTH CARE SERVICES REQUEST FORM | DEPARTMENT OF CORRECTIONS |

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

NAME: Smith, O
CDC NUMBER: T-62841
HOUSING: C-3-150
PATIENT SIGNATURE: [signed]
DATE:

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem): Severe pain bleeding both legs

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 7/6/14 @ 12    Received by: [signature] RN
Date / Time Reviewed by RN: 4/07/14 1250    Reviewed by: P. Carter

S:  Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: 96.7  P: 73  R: 18  BP: 125/71  WEIGHT: 303 lbs  6"

A:
P: ☒ See Nursing Encounter Form — Inflammatory Skin Condition/rash
TABE: no data  NCF

E:

APPOINTMENT SCHEDULED AS:  EMERGENCY (IMMEDIATELY) ☐   URGENT (WITHIN 24 HOURS) ☐   ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

REFERRED TO PCP:    DATE OF APPOINTMENT:
COMPLETED BY: [signature] P. Carter    NAME OF INSTITUTION: CSP/LAC
PRINT / STAMP NAME: P. Carter    SIGNATURE / TITLE: P. Carter    DATE/TIME COMPLETED: 7/14 @ 1306

CSP-LAC HC Records - Received APR 15 2014

CDC 7362 (Rev. 03/04)  Original - Unit Health Record  Yellow - Inmate (if copayment applicable)  Pink - Inmate Trust Office (if copayment applicable)  Gold - Inmate

NO. 2:20-CV-01196-DMC

### 1. REQUEST FOR RELIEF

STATE THE RELIEF YOU ARE SEEKING:

PLAINTIFF IS SEEKING MONEY DAMAGES FOR THE INJURY WHICH CANNOT BE REPLACED OR RESTORED AND FOR PAIN AND SUFFERING. COMPENSATORY DAMAGES., $25,000. AND THAT THE ACTIONS WERE MOTIVATED BY EVIL ON PURPOSE KNOWN IT WAS LIKELY TO HURT THE PLAINTIFF., WITH SERIOUS PHYSICAL HARM. PUNITIVE DAMAGES $ 5,000 / OR $7,000).

### 2. INJURY

STATE HOW YOU WERE INJURED BY THE ACTIONS OR INACTIONS OF THE DEFENDANT(S):

(ON THURSDAY, JANUARY 31, 2019 AT APPROXIMATELY NUMEROUS TIMES WITHIN THESE HOURS, PLAINTIFF INFORMED NUMEROUS PRISON OFFICIALS THAT INMATES WAS MAKING VERBAL THREATS TO FUCK UP THE PLAINTIFF AND TO STAB HIM BECAUSE HE WAS A SEX OFFENDER. PLAINTIFF SUFFERED A BROKEN NOSE OR A DEPRESSED NASAL FRACTURE IS PRESENT. BY INMATES PUNCHING ON HIM IN HIS FACE AND THE ACT WAS ON PURPOSE., EVIL INTENT).

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 5/15/2020
DATE

SIGNATURE OF PLAINTIFF

APRIL 28, 2020
DATE FILED

APRIL 7, 2020
NOTICE TO THE COURT

12

# Memorandum

Date:

To:  **CSP-Corcoran**

Subject: **PROCEDURES FOR PROCESSING IN FORMA PAUPERIS**

1.) The inmate sends his request along with his entire completed and signed **authentic** In Forma Pauperis Application, which may be obtained from the law library and send it through institutional mail to the Trust Office. **Be advised that if you send a handwritten, non-authentic In Forma Pauperis to the courts, it may be rejected or require notarization in which you are required to pay for regardless if you are indigent or not.** If the court is ordering a certified statement, the court order must be attached with the request for the certified statement.

2.) The Trust Office attaches a certified trust account statement.

3.) The Trust Office forwards all paperwork to the Litigation Office.

4.) The Litigation Office logs the documents and forwards them to the Law Library of the Facility the inmate is housed.

5.) The Litigation Office will send the Inmate Request for interview back to the inmate informing him his In forma Pauperis Application was completed and forwarded to the Law Library.

6.) The Inmate will then contact the Law Library for completion and mailing of their In forma Pauperis Application. The Law Library Access and Legal Mailings procedure will be followed Per OP 816 and OP 205.

7.) The Law Library staff will insert the certified forms in the envelope in the presence of the inmate, seals the envelope, and processes it out of the institution as legal mail. No additional copies will be provided.

8.) The Law Library Staff completes the Litigation Route Slip. The Library staff and Inmate will sign the 128-B.

9.) The Law Library Staff will keep the informa pauperis application on file until the inmate requests and is ready for mailing.

M. Kimbrell
Litigation Coordinator
Corcoran State Prison

( NO CDCR 22 FORMS IN 3HOS HOUSING
 So MR. SMITH CAN Request FOR INTERVIEW
 5/20/2020

-3-

**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

NO: 2:20-cv-01196-DMC

## OOG ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF GRIEVANCE

**Offender Name:** SMITH, DESHONE L.  **CDC#:** T02841

**Date:** 06/02/2020

**Current Location:** COR-Facility 03A  **Current Area/Bed:** 03A005 1111001L

**From:** Office of Grievances at California State Prison, Corcoran

**Re:** Log # 000000000578

The California Department of Corrections and Rehabilitation Office of Grievances at California State Prison, Corcoran received your grievance on 06/02/2020. Your grievance has not been assigned for review and response because your claim(s) is being handled as specified below.

**Claim # 001:**

This request concerning Offender Services;Request for item, assistance, or service has been reviewed and is outside the scope of the grievance process.

Your request will be addressed by an administrator at California State Prison, Corcoran. Any questions about the status of this request should be addressed by your counselor or agent.

CDCR SOMS OGTT300
OOG ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF GRIEVANCE

Please NOTE: that plaintiff first original complaint is missing out of the mail process.
( Informa Pauperis application
see attached )

Please Also Note: ( that plaintiff is submitting his second application Informa Pauperis to the Trust office so he can get it signed on 6/22/2020 ).

4.

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12) — Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | FOR STAFF USE ONLY | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): SMITH, DESHONE | CDC Number: T-02841 | Unit/Cell Number: 3H05, 111 | Assignment: (NA) |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
(Legal Processes Per Institution Policy OP 816 AND OP 205)

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):
ON MAY 25, 2020 MR. SMITH submitted his completed AND signed informa pauperis application to the TRUST office with a CDCR 22 AND MR. SMITH hAVE NOT Received his documents Back.

B. Action requested (If you need more space, use Section B of the CDCR 602-A):
MR. SMITH Request that CDCR TRUST office verify that the leg IA documents was submitted to there office. If Not MR. SMITH Request for investigation WITHIN 30 days.

CSP-CORCORAN RECEIVED JUN - 1 2020 INMATE APPEALS OFFICE

Supporting Documents: Refer to CCR 3084.3.
☑ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
CDCR 22 COPY Also the Policy

☐ No, I have not attached any supporting documents. Reason:

Inmate/Parolee Signature: _____ Date Submitted: 5/30/2020

☐ By placing my initials in this box, I waive my right to receive an interview.

C. First Level - Staff Use Only     Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date: ___
☐ Accepted at the First Level of Review.
Assigned to: ___ Title: ___ Date Assigned: ___ Date Due: ___

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of interview: ___ Interview Location: ___
Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: ___
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: ___ (Print Name) Title: ___ Signature: ___ Date completed: ___
Reviewer: ___ (Print Name) Title: ___ Signature: ___
Date received by AC: ___

5.

AC Use Only
Date mailed/delivered to appellant ___/___/___

## E. REQUEST FOR RELIEF

State the relief you are seeking: _____

_SEE Attached PAGE 12_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/24/2020__  
DATE

_____  
SIGNATURE OF PLAINTIFF

__( Plaintiff )__  
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

__(NA)__  
(Signature of attorney, if any)

_____  
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5, 28 U.S.C. § 1746)

I, __DESHONE SMITH__, declare

I am over 18 years of age and a party to this action. I am a resident of __LSP- CORCORAN__

__STATE__ _____ Prison,

in the county of __CORCORAN__

State of California. My prison address is __LSP- CORCORAN P.O. Box 8800__

__CORCORAN, CA  93212-8309__

On __7/6/2020__
(DATE)

I served the attached (__COMPLAINT 1983, IN FORMA PAUPERIS, (Second EXTENSION of time, 602 GRIEVANCE ON THIS PROCESS,). Log Number: 578__).
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

TO:  __UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501 "I" STREET, SUITE 4-200
SACRAMENTO, CA  95814-2322__

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __7/6/2020__            _____
(DATE)                                (DECLARANT'S SIGNATURE)