# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHONE SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>HICKS, et al.,<br><br>        Defendants. | No. 2:20-CV-1196-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 17, for voluntary dismissal of some named defendants.

        Plaintiff initiated this action by way of a complaint naming the following: (1) Hicks, Corraiejo, "facility counselor," High Desert State Prison "medical staff," and California State Prison – Corcoran "medical staff." See ECF No. 1. The Court issued a screening order and determined Plaintiff's complaint stated cognizable claims against Defendants Hicks and Corraiejo. See ECF No. 16. The Court otherwise concluded Plaintiff's complaint failed to state a claim because Plaintiff did not identify particular defendants by name. See id. Plaintiff was provided an opportunity to amend as to unspecified defendants or proceed on the original complaint against Defendants Hicks and Corraiejo only. See id.

/ / /

1

1    In response to the Court's screening order, Plaintiff filed the instant motion for
2    voluntary dismissal as well as a first amended complaint. See ECF Nos. 17 and 20. In his motion
3    for voluntary dismissal, Plaintiff seeks dismissal of all defendants except Hicks and Corraiejo.
4    See ECF No. 17. In the first amended complaint, Plaintiff names Hicks and Corraiejo as the only
5    defendants. See ECF No. 20. Because the first amended complaint supersedes the original
6    complaint, and because any defendants not named in the superseding pleading are no longer
7    parties to the lawsuit, Plaintiff's motion for voluntary dismissal was mooted by the filing of the
8    first amended complaint against Hicks and Corraiejo only.

        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for voluntary dismissal of unnamed defendants, ECF No. 17, is denied as moot.

Dated: May 27, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE