IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESHONE SMITH,**<br><br>                              Plaintiff,<br><br>      v.<br><br>**HICKS, et al.,**<br><br>                              Defendants. | Case No. 2:20-cv-01196 DMC<br><br>**ORDER** |

Defendants R. Hicks and B. Corralejo have applied for an order to extend the deadline for the filing of a responsive pleading to Plaintiff's First Amended Complaint. The Court has read and considered Defendants' ex parte application and the accompanying declaration of counsel and, good cause appearing,

IT IS HEREBY ORDERED that:

1. Defendants' motion is GRANTED;

2. Defendants shall file a responsive pleading to Plaintiff's First Amended Complaint on or before October 6, 2021.

Dated:  August 6, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1